UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

                Plaintiff,

-v-

OHIO SECURITY INSURANCE COMPANY,

                Defendant.

23 Civ. 3451 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court reschedules the telephonic initial pretrial conference currently scheduled for August 3, 2023, at 3 p.m., to August 24, 2023, at 3 p.m.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 27, 2023
      New York, New York