# JAFFE & ASHER LLP

ATTORNEYS AT LAW

ESTABLISHED 1974
www.JaffeandAsher.com

600 THIRD AVENUE
NEW YORK, NY 10016-1901
212-687-3000
TOLL FREE 888-625-9895

PLEASE RESPOND TO WHITE PLAINS OFFICE

445 HAMILTON AVENUE, SUITE 405
WHITE PLAINS, NY 10601
TEL 212-687-3000
FAX 914-437-8076

November 20, 2023

**VIA ECF**

Hon. Arun Subramanian, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street, Courtroom 15A
New York, New York 10007

> The parties' request is GRANTED and the proposed schedule is adopted. The Clerk of Court is directed to terminate the motion at ECF No. 21.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: November 20, 2023

Re: **The Travelers Indemnity Co. of Am. v. Ohio Security Ins. Co.**
     **Civil Action No.: 1:23-cv-03451-AS**

Dear Judge Subramanian:

Our firm represents defendant Ohio Security Insurance Company in the above-entitled action. We submit this letter pursuant to Your Honor's Individual Practice Rules to request an extension of the motion for summary judgment schedule by 30 days. The old scheduled and proposed new schedule is as follows:

| **Papers** | **Old Schedule** | **Proposed New Schedule** |
|---|---|---|
| Def Moving | November 20, 2023 | December 20, 2023 |
| Plt Opposition and X-Motion | December 4, 2023 | January 11, 2024 |
| Def Opposition and Reply | December 13, 2023 | January 18, 2024 |
| Plt Reply | December 20, 2023 | January 25, 2024 |

There have been no prior adjournments of this motion schedule. The reason for the adjournment request is that the parties have been getting themselves in position for making the motions. In addition, it would be a waste of both the parties and judicial resources to have a trial on issues that would be more expeditiously and cost effectively decided on paper. Plaintiff's counsel consents and joins into this request. There are no scheduled conferences or other deadlines in this matter.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Marshall T. Potashner

cc: Rachel Fain, Esq. (via ECF)

CALIFORNIA    FLORIDA    GEORGIA    NEW JERSEY    TEXAS